ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DIESTRICT OF NEW YORK
------------------------------------------------------------X

TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND
ANNUITY FUNDS,

           Plaintiffs,

-against-

SEWARD PARK HOUSING CORPORATION,

           Defendant.

------------------------------------------------------------X

Case No. 08-CIV-5145
(Conner, J.)    ECF CASE

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties that the time for defendant Seward Park Housing Corporation to move, answer or otherwise appear with respect to the Complaint herein is hereby extended to and including July 30, 2008.

This stipulation may be executed in counterparts and filed with one original and one facsimile signature.

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPARD PLLC

By: _____  6/30/08
Dana L. Henke (DLH3025)        Date
258 Saw Mill River Road
Elmsford, New York 10523

*Attorneys for Plaintiffs*
*Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds*

ANDERSON & OCHS, LLP

By: _____  9/?/08
Jason A. Stern (JS0941)       Date
61 Broadway, Suite 2900
New York, New York 10006

*Attorneys for Defendant*
*Seward Park Housing Corporation*

SO ORDERED:

_____
Miriam C. Conner
Senior U.S.D.J.

Dated: White Plains, NY
July 2, 2008

USDC SDNY
DOCUMENT
ELECTRO[NICALLY] FILED
DOC #:
DATE FILED:

COPIES MAILED TO COUNSEL OF RECORD for Δ &
AND E-MAILED TO π's COUNSEL

TOTAL P.02