Conner, J

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND : Case No. 08-CIV-5145
ANNUITY FUNDS, : (Conner, J.)   ECF CASE

      Plaintiffs. : **STIPULATION** ÷ ORDER

  -against- : EXTENDING TIME

SEWARD PARK HOUSING CORPORATION, :

      Defendant. :
-------------------------------------------------------------- X

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties that the time for defendant Seward Park Housing Corporation to move, answer or otherwise appear with respect to the Complaint herein is hereby extended to and including September 3, 2008.

  This stipulation may be executed in counterparts and filed with one original and one facsimile signature.

BARNES, IACCARINO, VIRGINIA,       ANDERSON & OCHS, LLP
AMBINDER & SHEPARD PLLC

By: _Dana L. Henke_ 7/30/08    By: _Jason A. Stern_ 7/30/08
Dana L. Henke (DLH3025)   Date    Jason A. Stern (JS0941)   Date
258 Saw Mill River Road        61 Broadway, Suite 2900
Elmsford, New York 10523       New York, New York 10006

*Attorneys for Plaintiffs*         *Attorneys for Defendant*
*Trustees of the District Council 9 Painting*   *Seward Park Housing Corporation*
*Industry Insurance and Annuity Funds*

SO ORDERED:

_William C. Conner_
U.S.D.J.

DATED: White Plains, NY
    August 1, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

TOTAL P.02

COPIES MAILED TO COUNSEL OF RECORD for Δ
AND E-MAILED TO π's COUNSEL